DANA M.O. VIOLA                 6095
Corporation Counsel

WILLIAM K. AWONG                8329
Deputy Corporation Counsel
City and County of Honolulu
1001 Bishop Street, Suite 2020
Honolulu, Hawaiʻi  96813
Telephone: (808) 768-5111
Facsimile:  (808) 768-1300
Email: wawong@honolulu.gov

Attorney for Defendants
CITY AND COUNTY OF HONOLULU,
MICHAEL BURGER, ALLEN-JOHN VERGURA,
FREDERICK APO, AND LEONARDO JUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JOSHUA KNEPPER, LESLIE LUM-KING,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL BURGER; ALLEN-JOHN VERGURA; FREDRICK APO; LEONARDO JUAREZ; CITY & COUNTY OF HONOLULU,<br><br>Defendants. | CIVIL NO. CV22-00556 DKW/WRP<br><br>STIPULATION FOR DISMISSAL OF ALL REMAINING CLAIMS AND PARTIES WITH PREJUDICE AND ORDER<br><br><br><br><br><br>Trial Date: May 12, 2025<br>Judge: Honorable Derrick K. Watson |

STIPULATION FOR DISMISSAL OF ALL REMAINING
CLAIMS AND PARTIES WITH PREJUDICE AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between all of the parties in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1, that all remaining claims and all remaining parties be dismissed with prejudice, and that each party shall bear his or her own attorneys' fees and costs.

All parties appearing herein have signed this stipulation through their attorneys of record. There are no remaining claims or parties.

DATED: Honolulu, Hawai'i, July 30, 2025.

        DANA M.O. VIOLA
        Corporation Counsel

        By: /s/ William R.K. Awong
            WILLIAM R.K. AWONG
            Deputy Corporation Counsel

            Attorney for Defendants
            CITY AND COUNTY OF HONOLULU,
            MICHAEL BURGER, ALLEN-JOHN
            VERGURA, FREDERICK APO, AND
            LEONARDO JUAREZ

DATED: Beverly Hills, California, August 12, 2025.

        /s/ Kevin S. Conlogue
        KEVIN S. CONLOGUE

        Attorney for Plaintiffs
        JOSHUA KNEPPER and LESLIE LUM-KIM

APPROVED AND SO ORDERED:

DATED: August 12, 2025 at Honolulu, Hawaiʻi.

_____
Derrick K. Watson
Chief United States District Judge

*Joshua Knepper and Leslie Lum King v. City and County of Honolulu, et al.*, Civil No. CV22-00556 DKW/WRP; Stipulation for Dismissal of All Remaining Claims and Parties With Prejudice and Order

- 3 -